FILED
 2006 Feb-08  AM 09:42
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BENNIE McEARL CARTER,** ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No.  CV 03-S-1084-S |
| ) | |
| **STEPHEN W. BULLARD,** ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On November 8, 2005, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice. No objections have been filed.[1]

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

---

1 Although the petitioner filed a motion for extension of time to file objections on November 25, 2005, and the court granted the petitioner an additional 20 days to file his objections, he has filed none.

DONE this 7th day of February, 2006.

                                                                                                                                 */s/ Lynwood Smith*
                                                                                  United States District Judge